33 So.2d 273
**James ALLEN v. STATE.**
6 Div. 512.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 173
**Johnnie ALLEN v. STATE.**
6 Div. 392.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

33 So.2d 273
**Dewey ALLISON v. STATE.**
6 Div. 451.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

33 So.2d 273
**Floyd ALLISON v. STATE.**
6 Div. 452.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 273
**Willie AMMONS v. STATE.**
6 Div. 506.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 31
**John Willie APPLEBY v. STATE.**
7 Div. 933.

Court of Appeals of Alabama.
Jan. 20, 1948.

C. W. McKay, of Ashland, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.